UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 18-2154
_____

EUGENE WILSON,
Appellant

v.

WARDEN CANAAN USP,
Appellee
_____

On Appeal from the Untired States District Court
For the Middle District of Pennsylvania
(D.C. No. 18-cv-00315)

District Judge: Christopher C. Connor
_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a) on
November 8, 2023


Before:  RESTREPO, BIBAS and McKEE *Circuit Judges*
_____


JUDGMENT ORDER

This cause came to be considered on the record from the District Court for the

Middle District of Pennsylvania.

It was held CAV pending the decision of the U.S. Supreme Court in *Jones v.*

*Hendrix*, 599 U.S. 465, 471 (2023).  That case having been decided, it is now clear that

the District Court lacked jurisdiction over the § 2241 habeas petition filed in this case.

Accordingly, it is hereby ORDERED and ADJUDGED by this Court that the judgment of the District Court is hereby AFFIRMED.  Each party to bear its own costs.

By the Court,

s/ Theodore A. McKee

Circuit Judge


ATTEST:

s/Patricia S. Dodszuweit

Clerk

Dated: November 15, 2023

Dated: